**Debevoise & Plimpton**

919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 12, 2019

**VIA ECF**

The Honorable Paula Xinis
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

        Re:   *Islamic Education Center of Maryland, Inc. v. Alavi Foundation*,
               No. 17-cv-03495

Dear Judge Xinis:

      The Alavi Foundation, in consultation with the Islamic Education Center of Maryland, wishes to update the Court on the current position of these parties. The Alavi Foundation and Islamic Education Center of Maryland respectfully request that this Court continue the stay in this matter pending final resolution of the forfeiture action that we expect will soon be remanded from the Second Circuit to the Southern District of New York.

                                               Respectfully submitted,

                                               /s/ John Gleeson
                                               John Gleeson (*pro hac vice*)
                                               DEBEVOISE & PLIMPTON LLP
                                               919 Third Avenue
                                               New York, NY 10022
                                               Phone: (212) 909-6000
                                               jgleeson@debevoise.com

                                               *Counsel for Defendant Alavi Foundation*

cc: All counsel of record (by ECF)